CHAPTER 13 PLAN

Case No.: **15-02646**

Debtor(s): **Ollie James Pouncey, Jr.**  SS#: **xxx-xx-0841**  Net Monthly Earnings: **572.38**

SS#:  Number of Dependents: **3**

1. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ **572.00** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☑ monthly into the plan; or
   (     ) Payroll deduction Order: To _____ for
   $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **30,398.87**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| **IRS** | **Taxes and certain other debts** | $0.00 | $0.00 |
| **State of Alabama Dept of Revenue** | **Taxes and certain other debts** | $0.00 | $0.00 |

   B. Total Attorney Fee: $ **3,000.00** ; $ **350.00** paid pre-petition; $ **640.00** to be paid at confirmation and $ **300.00** per month for six months and **$200.00** for months remaining.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **Select Portfolio Servicing Inc** | **$112,464.07** | ☐ by Trustee ☑ by Debtor **$650.00** | **August 2015** | **$9,769.20** | **24** | **0.00%** | **$182.00** |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **Drive Time** | **$181.00** | **$18,094.00** | **$9,825.00** | **$0.00** | **2010 Toyota Camry** | **5.00%** | **$370.00** | **Jan 16** |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **-NONE-** | | | | |

IV. Special Provisions:

   ☐ This is an original plan.
   ☑ This is an amended plan replacing plan dated **July 7, 2015**.
   ☑ This plan proposes to pay unsecured creditors **0** %.
   ☑ Other Provisions:

   **1. Debtor proposes to pay all pre and post petition electric service charges directly (as well as other utility bills) in lieu of posting a deposit under 11 U.S.C. § 366 and acknowledges that 11 U. S. C. § 362 does not prohibit collection of these debts by APCO.**

   **2. Attorney's fees for Debtor's Attorney shall be paid with monthly fixed payments pursuant to Administrative Order 11-01.**

Attorney for Debtor Name/Address/Telephone #
**/s/Ruby Y. Davis**
**205 20th Street N**
**Suite 629**
**Birmingham, AL 35203**
Telephone # **205-502-7679**

Date 8/10/2015

/s/Ollie James Pouncey, Jr.
**Ollie James Pouncey, Jr.**
Signature of Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy